May 05, 2006

Mr. Jeffery T. Nobles
Beirne Maynard & Parsons, L.L.P.
1300 Post Oak Blvd, Suite 2500
Houston, TX 77056-3000
Mr. Jack G. Carnegie
Jones Day
717 Texas Avenue, Suite 3300
Houston, TX 77002-2900

RE: Case Number: 03-0647
 Court of Appeals Number: 09-02-00072-CV
 Trial Court Number: B163-124A

Style: EVANSTON INSURANCE COMPANY
 v.
 ATOFINA PETROCHEMICALS, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Carol Anne |
| |Flores |
| |Ms. Lolita Ramos |